**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ANNETTE SHAW NOWLIN         ) | Case No. 15-35678-KRH |
| ) | Chapter 13 |
| Debtor            ) | |
| ANNETTE SHAW NOWLIN, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| CHARLES M. NOWLIN, ) | |
| ) | |
| Respondent. ) | |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS MATTER came upon the Motion for Relief from the Automatic Stay (the "Motion") filed herein by the Debtor; and

UPON CONSIDERATION WHEREOF, it appearing to the Court that the Debtor filed this bankruptcy case on November 3, 2015 and an Order for Relief was entered; and it

FURTHER APPEARING that on or about November 17, 2015, the Debtor filed a Complaint in the Henrico County Circuit Court seeking a divorce and related relief from the Respondent, Charles M. Nowlin, in a case styled Annette S. Nowlin v. Charles M. Nowlin, Case No. CL15-2997 ("Divorce Case"); and it

FURTHER APPEARING that the Motion was properly served on counsel for the Respondent, no response has been filed thereto, and the Motion should be granted; it is therefore

ORDERED that the Debtor's Motion for Relief from the Automatic Stay be, and the same is hereby GRANTED, and the Divorce Case shall be permitted to proceed to conclusion subject to further review by this Court; and it is

FURTHER ORDERED that no order in the Divorce Case shall be enforceable against any property of the Debtor without further order of this Court approving the same.

Date: **Jan 26 2016**

/s/ Kevin R. Huennekens
U.S. Bankruptcy Judge

Entered on Docket: **Jan 27 2016**

I ask for this:

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

**CERTIFICATION**

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ James E. Kane
Counsel for Debtor

**Parties to Receive Copies**

James E. Kane, Esquire
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508

Annette Shaw Nowlin
12300 Gayton Bluffs Lane
Henrico, VA 23233

Carl M. Bates, Esquire
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Erica L. Giovanni, Esquire
15521 Midlothian Tnpk., Suite 300
Midlothian, VA  23113